UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                  CASE NO. 1:03-CR-273

v.

                                  HON. ROBERT HOLMES BELL

ANTHONY JEROME POTTS,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

      Defendant plead guilty to an Indictment charging Possession with Intent to Distribute and to Distribute More than 5 Grams of Cocaine Base. On March 23, 2004, the Court sentenced him to 192 months custody.  On June 20, 2005, the Court granted the government's motion for reduction of sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, and issued an amended judgment reducing Defendant's sentence to 168 months custody.

      Before the Court is Defendant's Motion for Modification or Reduction of Sentence (ECF No. 49).   Based on a review of the record, the motion will be denied.  Because Defendant's sentence was based on the career offender guidelines, he is ineligible for a sentence reduction.

Accordingly, Defendant's Motion for Modification or Reduction of Sentence (ECF No. 49) is **DENIED**.


Date:  <u>July 13, 2015</u>                                                  <u>/s/ Robert Holmes Bell</u>
                                                                                ROBERT HOLMES BELL
                                                                                UNITED STATES DISTRICT JUDGE